MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

---

10011 TELEPHONE: 212-433-2554

**March 4, 2025**

Honorable Robert W. Lehrburger
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

Granted. The case management conference currently scheduled for March 9, 2026 is adjourned and will be rescheduled if a notice of settlement is not filed by April 14, 2026.

SO ORDERED:

3/4/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:     *Alexander Gomez v. 307 W 47TH Street LLC et al*
        *Civil Action No.:  1:25-cv-10533-VSB-RWL*
        *Letter-Motion to Adjourn Conference and Extend Deadlines*

Dear Honorable Judge Lehrburger,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's January 27, 2026 Order [DE#12], the Parties are required to file a joint letter and proposed Case Management Plan and participate in the initial status conference scheduled for March 9, 2026.

Plaintiff and Defendants, jointly move the Court for an adjournment of the Initial Conference. The grounds formulating such a request are premised on the current settlement negotiations, wherein the parties are essentially on the very cusp of a Settlement in Principle, which should effectively resolve all causes of action brought and [reserve judicial economy for the Court. The Parties are each confident that his matter should be settled in full within the coming week. .

While the Court has discretion in this civil action, the Parties would respectfully request only that Your Honor exercise his sagacious perspicacity to which the Parties will adhere to. The motion was made more than 48 hours before the conference, and in good faith.

For these reasons, Plaintiff requests a 40-day adjournment of the initial status conference and its associated deadlines, by which time a Joint Notice of Settlement will most certainly be filed.

This extension will not affect any other deadlines or events in this case. Thank

you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only